Charles R. Markley, OSB #75240
(Admitted to the Bar of this Court 11/19/90)
E-mail: charles.markley@greenemarkley.com
Sherri D. Martinelli, CSB #196213
E-mail: sherri.martinelli@greenemarkley.com
Greene & Markley, P.C.
1515 SW Fifth Avenue, Suite 600
Portland, OR 97201
Telephone: (503) 295-2668
Facsimile: (503) 224-8434
    Attorneys for Defendant Arlie & Company

UNITED STATES DISTRICT COURT

NORTHER DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BARG COFFIN LEWIS & TRAPP, LLP, | Case No. C 14-04740 LB |
|     Plaintiff, | |
| v. | APPLICATION AND ~~PROPOSED~~ ORDER TO APPEAR BY TELEPHONE |
| ARLIE & COMPANY, | |
|     Defendant. | Date: January 29, 2015<br>Time: 11:00 a.m.<br>Courtroom: C |

    Arlie & Company hereby requests that its attorney, Charles R. Markley, be permitted to appear at the Joint Case Management hearing scheduled for January 29, 2015, beginning at 11:00 a.m. Pacific time, via teleconference. The undersigned can be reached via email at charles.markley@greenemarkley.com or by telephone at (503) 295-2668.

    DATED this 23rd day of January, 2015.

                                      GREENE & MARKLEY, P.C.

                                      By /s/ Charles R. Markley
                                          Charles R. Markley, OSB #75240
                                          Telephone: (503) 295-2668
                                          Attorneys for Defendant

Page 1 - APPLICATION AND ~~PROPOSED~~ ORDER TO APPEAR BY TELEPHONE

**GREENE & MARKLEY, P.C.**
**1515 S.W. Fifth Avenue, Suite 600**
**Portland, OR 97201**
**Telephone: (503) 295-2668**
**Facsimile: (503) 224-8434**

## ORDER

IT IS THEREFORE ORDERED that Charles R. Markley, counsel for Arlie & Company, may appear via telephone on January 29, 2015 at 11:00 a.m. via CourtCall.

Dated this <u>26th</u> day of January 2015.

_____
Laurel Beeler
United States Magistrate Judge

\G:\Clients\7558\012\Pleadings\P Application and Proposed Order to Appear By Telephone.wpd

Page 2 - APPLICATION AND ~~PROPOSED~~ ORDER TO APPEAR BY TELEPHONE

**GREENE & MARKLEY, P.C.**
1515 S.W. Fifth Avenue, Suite 600
Portland, OR 97201
Telephone: (503) 295-2668
Facsimile: (503) 224-8434

CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing **APPLICATION AND PROPOSED ORDER TO APPEAR BY TELEPHONE** by electronic notice through the court's ECF system, upon the following:

John F. Barg
jfb@bcltlaw.com
Samir J. Abdelnour
sja@bcltlaw.com
Barg Coffin Lewis & Trapp LLP
350 California Street, 22nd Floor
San Francisco, CA 94104


DATED this 23rd day of January, 2015.


By: /s/ Charles R. Markley
Charles R. Markley, OSB #75240
Attorneys for Defendant


\G:\Clients\7558\012\Pleadings\P Application and Proposed Order to Appear By Telephone.wpd

Page 1 - CERTIFICATE OF SERVICE

**GREENE & MARKLEY, P.C.**
**1515 S.W. Fifth Avenue, Suite 600**
**Portland, OR 97201**
**Telephone: (503) 295-2668**
**Facsimile: (503) 224-8434**